CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

APR 2 6 2010

JOHN F. CORCORAN, CLERK
BY: _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **KENNETH EDWARD BARBOUR,** | ) | **Civil Action No. 7:10-cv-00146** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **AUSTRALOPITHECUS STANFORD,** | ) | |
| **et al.,** | ) | **By: Hon. James C. Turk** |
| **Defendants.** | ) | **Senior United States District Judge** |

In accordance with the memorandum opinion entered this day, it is hereby

### ORDERED

the complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(g), and the

action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to plaintiff.

**ENTER:** This 26th day of April, 2010.

_____
Senior United States District Judge